UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN KRUGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No. 16-cv-02459-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| DAN KRUGER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　　　Defendant. | Case No. 12-cv-05820-EMC |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Kruger v. Colvin*, 12-cv-05820.

**IT IS SO ORDERED.**

Dated: 5/9/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge