RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94941
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KRUGER<br>            Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br><br>Commissioner of Social Security<br><br>            Defendant | Case No.: 3:16-cv-02459 EMC<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S CROSS MOTION AND BRIEF FILED IN RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR REMAND. |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff may have an extension of 7 days in which to file Plaintiff's response to Defendant's cross motion and brief filed in response to Plaintiff's Motion for Summary Judgment. Pursuant to Civil L.R. 16-1(e). Plaintiff's response is now due on November 1, 2016.

//

//

//

//

//

This is Plaintiff's first request.

1

2   DATED:   October 19, 2016         Richard Zieman /es/

3                                     RICHARD ZIEMAN
                                      Attorney for Plaintiff
4

5

6

7   DATED:   October 19, 2016         Ben A. Porter /es/

8                                     BEN A. PORTER,
                                      Specialist Assistant U.S. Attorney
9

10

11

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED:

14

15

16  DATED:   10/20/16

17                                    _____
                                      IT IS SO ORDERED
18
                                      Judge Edward M. Chen
19

20

21

22

23

24

25

26

27

28

P's Stip/Order of ext to submit reply to Pl's MSJ,  16-CV-02459 EMC Page 2