RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94941
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
Email: Zieman@ssalawca.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL KRUGER | Case No.: 3:16-CV-02459 EMC |
| Plaintiff, | STIPULATION FOR AWARD OF EAJA FEES. |
| vs. | |
| CAROLYN W. COLVIN, | |
| Commissioner of Social Security | |
| Defendant | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded THREE THOUSAND FIVE HUNDRED AND FIFTY-FIVE DOLLARS AND 00/100 ($3,474.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-53 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset

1 allowed under the United States Department of the Treasury's Offset Program.
2 After the order for EAJA fees is entered, the government will determine whether
3 they are subject to any offset.
4     If the Department of the Treasury determines that Plaintiff does not owe a
5 federal debt, then the government shall cause the payment of fees to be made
6 directly to RICHARD ZIEMAN pursuant to the assignment executed by Plaintiff.
7 Any payments made shall be delivered to Plaintiff's counsel.
8     This stipulation constitutes a compromise settlement of Plaintiff's request for
9 EAJA attorney fees and does not constitute an admission of liability on the part of
10 Defendant under the EAJA. Payment of the agreed amount shall constitute a
11 complete release from, and bar to, any and all claims that Plaintiff and/or
12 Plaintiff's counsel may have relating to EAJA attorney fees connection with this
13 action.
14     This award is without prejudice to the rights of Plaintiff's counsel to seek
15 Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions
16 of the EAJA.

DATED:   12/13/2016         _Richard Zieman /s/_
                            RICHARD ZIEMAN
                            Attorney for Plaintiff


DATED:   12/13/2016         _Ben A. Porter /s/_
                            BEN A. PORTER,
                            Specialist Assistant U.S. Attorney
                            Attorney for Defendant

```
RICHARD ZIEMAN (CSB 230832)
254 MILLER AVE., SUITE A
MILL VALLEY, CA 94941
Telephone: (415) 388-3800
Facsimile: (415) 388-1060
email: zieman@ssalawca.com
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL KRUGER | Case No.: 3:16-cv-02459 EMC |
| Plaintiff, | ~~PRO~~POSED ORDER AWARDING EAJA FEES |
| vs. | |
| CAROLYN W. COLVIN, | |
| Commissioner of Social Security | |
| Defendant | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND FOUR HUNDRED AND SEVENTY-FOUR DOLLARS AND 00/100 ($3,474.00).

DATED: 12/13/2016 _____

IT IS SO ORDERED

/s/ Edward M. Chen
Judge Edward M. Chen
United States District Judge